| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnson, Wayne E. | 2. Court or Organization<br><br>United States Bankruptcy Court, Central District of CA | 3. Date of Report<br><br>09/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge, Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth Street, Suite 384<br>Riverside, CA 92501 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #6 |
| 7. | Trustee | Trust #7 |
| 8. | Trustee | Trust #8 |
| 9. | Custodian | Custodial Account #1 |
| 10. | Custodian | Custodial Account #2 |
| 11. | Custodian | Custodial Account #3 |
| 12. | Custodian | Custodial Account #4 |
| 13. | Custodian | Custodial Account #5 |
| 14. | Custodian | Custodial Account #6 |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Int./Div. | K | T | | | | | |
| 2. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 3. - Schwab 1000 Index Fund | | | | | | | | | |
| 4. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 5. - SPDR Gold Trust: GLD | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. IRA #2 | A | Int./Div. | J | T | | | | | |
| 8. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 9. - Schwab 1000 Index Fund | | | | | | | | | |
| 10. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 11. - SPDR Gold Trust: GLD | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. IRA #3 | B | Int./Div. | L | T | | | | | |
| 14. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 15. - Schwab 1000 Index Fund | | | | | | | | | |
| 16. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 17. - SPDR Gold Trust: GLD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐    NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19.   IRA #4 | A | Int./Div. | J | T | | | | | |
| 20.   - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 21.   - Schwab 1000 Index Fund | | | | | | | | | |
| 22.   - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 23. | | | | | | | | | |
| 24.   IRA #5 | B | Int./Div. | L | T | | | | | |
| 25.   - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 26.   - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 27.   - Schwab 1000 Index Fund | | | | | | | | | |
| 28.   - SPDR Gold Trust: GLD | | | | | | | | | |
| 29. | | | | | | | | | |
| 30.   Custodial Account #1 | A | Int./Div. | J | T | | | | | |
| 31.   - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Custodial Account #2 | A | Int./Div. | J | T | | | | | |
| 36.  - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 37.  - Schwab 1000 Index Fund | | | | | | | | | |
| 38.  - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 39. | | | | | | | | | |
| 40.  Custodial Account #3 | A | Int./Div. | J | T | | | | | |
| 41.  - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 42.  - Schwab 1000 Index Fund | | | | | | | | | |
| 43.  - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 44. | | | | | | | | | |
| 45.  Custodial Account #4 | A | Int./Div. | J | T | | | | | |
| 46.  - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 47.  - Schwab 1000 Index Fund | | | | | Sold | 08/10/15 | J | A | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Custodial Account #5 | A | Int./Div. | J | T | | | | | |
| 53. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 54. - Schwab 1000 Index Fund | | | | | | | | | |
| 55. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. Custodial Account #6 | A | Int./Div. | J | T | | | | | |
| 58. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 59. - Schwab Investor Money Fund | | | | | Sold | 08/10/15 | J | A | |
| 60. - Schwab 1000 Index Fund | | | | | Sold (part) | 08/10/15 | J | A | |
| 61. - Federated Mid Cap Index Fund SS | | | | | Sold (part) | 08/10/15 | J | A | |
| 62. | | | | | | | | | |
| 63. Trust #1 | | | | | | | | | |
| 64. - Partial Interest Rent Prop, San Bernardino County, CA | C | Rent | | | Sold | 08/05/15 | M | F | Daniel Rhoads & Wendy Rose |
| 65. | | | | | | | | | |
| 66. Trust #2 | A | Int./Div. | M | T | | | | | |
| 67. - Fidelity Investments Cash Account | | | | | | | | | |
| 68. - Fidelity Government Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Trust #3 | A | Int./Div. | M | T | | | | | |
| 71.  - Fidelity Investments Cash Account | | | | | | | | | |
| 72.  - Fidelity Government Money Market Fund | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. Trust #4 | A | Int./Div. | L | T | | | | | |
| 75.  - Fidelity Investments Cash Account | | | | | | | | | |
| 76.  - Fidelity Government Money Market Fund | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. Trust #5 | A | Int./Div. | K | T | | | | | |
| 79.  - Fidelity Investments Cash Account | | | | | | | | | |
| 80.  - Fidelity Government Money Market Fund | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. Trust #6 | A | Int./Div. | K | T | | | | | |
| 83.  - Fidelity Investments Cash Account | | | | | | | | | |
| 84.  - Fidelity Government Money Market Fund | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #7 | A | Int./Div. | K | T | | | | | |
| 87. - Fidelity Investments Cash Account | | | | | | | | | |
| 88. - Fidelity Government Money Market Fund | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. Trust #8 | A | Interest | J | T | | | | | |
| 91. - Fidelity Investments Cash Account | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. Brokerage Account #1 | | None | J | T | | | | | |
| 94. | | | | | | | | | |
| 95. Claim in Brobeck, Phleger & Harrison bankruptcy case | | None | J | W | | | | | |
| 96. Bank of America accounts | A | Interest | M | T | | | | | |
| 97. JP Morgan Chase accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Johnson, Wayne E. | 09/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: From time to time, I serve as a member of an informal advisory board for an educational program for minors which another individual runs as a sole proprietor. I am not the sole proprietor and I am entirely unrelated to the person who owns and runs the educational program. Since the educational program is organized as a sole proprietorship, there are no actual directors and, therefore, my involvement as a member of an informal advisory board does not appear to constitute a reportable position. I am an informal advisor not an actual board member or officer.

Part I: In 2014, I resigned as a director of Pursue Your Passion Ministries. I also resigned as a trustee of Imago Dei College in 2014. Therefore, these positions were not reported this year.

Part VII: Line 94 of my last annual report (for 2014) mentioned a claim in the bankruptcy case of Louise's Pantry La Quinta. That was a receivable. A portion was paid in 2014 and the balance becamue uncollectible in 2014. All assets have been distributed in that bankruptcy case and the court closed the case in September of 2014. Therefore, the claim reported on line 94 of the annual report for 2014 was worthless at the end of 2014 and was not reported this year.

Part VII: Line 88 of this report mentions a brokerage account. This account was opened on December 30, 2015 but no deposits occurred until January 2016. Thus, the account was only open for two days in 2015 and always had a zero balance in 2015.

Part VII: Custodial account #1 and custodial account #4 were both closed in 2015. Therefore, they will not be listed on the next annual report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Wayne E. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544